ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL -5 PM 1: 49

CLERK S. Pyr
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

IN RE:  COLLECTION OF )
        RESTITUTION   )
                      ) MISC. NO. MC493-78
                      )

## GENERAL ORDER

On November 15, 1993, this court entered a general order regarding the collection of restitution payments. The order directs the Clerk of this court to receive and process all restitution payments and process and disburse said payments to victims pursuant to the provisions of 18 U.S.C. Sec. 3663(f)(4). The order specifically included instructions to the U.S. Probation office to periodically submit to the Court a proposed order for the disbursement of said restitution payments.

Since the issuance of the 1993 order, the Court finds that advances in the Court's financial system and improvements to the judgment orders are cause to **RESCIND** the requirement of the submission by the U.S. Probation of the proposed order to the Court for the disbursement of the restitution payments.

**SO ORDERED,** this _5th_ day of July, 2007.

_____
WILLIAM T. MOORE, JR.
**CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA**

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

U.S. Probation
All District Judges

CASE NO: MC 493-78
DATE SERVED: 7-5-07
SERVED BY: S. Poff

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate